There is no time limit for the new education system. Yes, I'm a student. Or, well, you are. I'm a senior in our system. I understand. I understand. Sir, you strive for understanding. We can't wait to get there. It's a demanding pay standard. You are your honor. You are your honor. This is our standard. Attorneys are teachers. They're the bosses of the retirement system. And, you're right. In this case, it's just a waiting stage. There's some very fine materials. I would like to focus the court's attention on the strongest false statements. False statements. So, the essential false statement here is that CEO hates us. Told investors. Can't take no risk. Out of the concern about straining the story of profitability. So, Netflix is transitioning to a new business, really. There's, there's a student contest for 8th of 2019 and December 20th of 2019. So, the market is very concerned about the cost of streaming content and on December 8th, 2019, the jury was called. CEO hates us. Responded to an analyst who expressed those concerns. Content is expensive. It's really, it's competitive right now. And, you're collecting things from the movie houses. You are a team of managers who manage margins. And, each of us, we manage the margins. We're not going to get overspent in terms of our content. That is a management discipline issue. If content were more expensive than we thought, we would have less total content for our fixed spending. The margins would be preserved. So, what do you have to do? You feel that you have the flexibility, you have the ability, you have the cost to spend and you have the budget to spend. So, how do you make the changes to the streaming? I think that the most reasonable way for us to distribute our content is to engage with people that we trust. They would appreciate that we're doing this. So, are you going to do that? Yes. Are you going to do that? Yes. Yes. Yes. And also, it's probably worth it to us to engage in this. Correct. And something that you feel comfortable with. Absolutely. I understand that. So, something that you feel comfortable with. Yes. That's true.  It's very diverse. Very diverse. Yes. It's very diverse. Yes. It's a very diverse group of people. Yes. And, we should engage. That's important. And, well, eventually, all the people are going to get that most of the time. A little piece more is that what you said is, you control this. It's a completely whole group of people for a larger situation. It means that, so, margins are proper margins. I acknowledge that. I acknowledge that. I acknowledge that. And, what you said is, I don't know the risk here. It's the consciousness that really is that risk. And so, it's this two margins. And, you said, we can control that piece of it. Our margins will not ever manifest as risk anymore. And, I feel, as you shared, you did. You said, if content were more expensive than thought, we would have less income. So, what I first learned, if I understand the fact, what the animals understood, particularly in this case, was that they weren't going to spend so much on content that they would drive the swinging of that margin down to 80 percent, which is what was revealed at the end of the last period. But, instead, they had to have a reasonable basis in order to be able to say, I have a contract with a company that I'm going to be a part of, which consists of a complaint allegation, divorce, and eviction. It allows them to have reasonable basis in order to be able to say, I have a contract with a company that I'm going to be a part of, which consists of a complaint allegation, divorce, and eviction. And, I've got to be a part of it. And, I'm going to be a part of it. And, so, they're going to be able to say,  which consists of a complaint allegation, divorce, and eviction. That's what I learned. That's how it is. We can look at the allegations in the first act and compare which every other case we reviewed about and told allegations to fit our needs. It's not a judgment. It's not a law. It's a consensus. It's a willingness to make a statement. And, the agency is sure that they're going to be a part of the case. Yes. And, the reason that I didn't touch on it, even though you said the case, is there's plenty of work to somehow look at the broad legal qualities as being the core of the investigation. It's important to do a look at your contract. Okay. Oh, I'm sorry. I apologize for the delay. I'm sorry. This is not a question. Okay. I'm sorry. I apologize for the delay. I'm sorry. I apologize for the delay. I'm sorry. I'm sorry.   I'm sorry. I'm sorry. I'm sorry. The question is whether it's possible to be a close reaction to the reporting in the case. It shows that the plausibility of what they were saying is we've seen reports that we believe that there's a non-controller spectrum of content and possibly an interest by the person. The CR is to say that we're spending 98% of our time on streaming. It is reported that streaming is a core strategy. It says there's insiders now spelling out about over $86 million in cost-cuttings to at least one user access for plausibility and paucity. But you'll need a hand to get there. It's not a plausibility. It's not a paucity. It's not a plausibility. It's not a paucity. The article on the right absolutely does not clarify what the CR is saying.  It's not a paucity. I think the statement themselves and the markets for audits are both strong indicators of plausibility from here on. On paucity, it's not a paucity. When you talk to the district court data and sort of mingle in those complaints, you get a package of knowledge requirement for paucity, and paucity presentslli a set of bias and choices. The initiative is contract memorandum, and penal memorandum, and the District Attorney general said it's a possibility, that it's an open drug, without the folks acting at the console, they don't have policylian to do the same thing. They don't have the staff to do the same thing. Because they were trying to be working closely with their core business community as well, they had to look at screening only, because they don't want to be exposed to the public. What they said, what we know is, that when they said they discharged, the affirmation they gave was, this is contrary to what they said, it's due to our increased screening project itself. So, yes, that's a possibility. Yes, the thing with overspending, I'm trying to get at the explanation, they did, for one, by a margin of only 8%, when during the interview, it says one year plus screening. They didn't say that for one year, they didn't say that for two years, they didn't say that for three years, they didn't say that for four years, they didn't say that for five years, they didn't say that for six years. I'm saying that a year later, they have to admit that overspending, in a contract, was the first part of their program, that they were willing to overspend more than they had already overspent. So, because they're not going to overspend, and it loses the perspective of the audience, the community body, I think they need to know how to overspend in the future, and say we're not going to overspend, that's not going to be fine. The overspend has to be fought in the future. Or, to tell a story, it's just, no, I'm not going to spend any money on that screening, because the effect of that overspending is so small. If you're a fan, I'd like to refer you to this, so you can just take a stab at one of these narrating spots. On December 12th of 2002, he was hit. So, now it's, now it's rather important to have a story like this, because this expensive project is really going to be a problem, a serious problem, and you won't have the skills that you can use as much as you usually have, of writing. In page 54, it's the letter itself. And in paragraph 164, the first word is complaint. Paragraph 164. Page 54. Paragraph 164. Paragraph 164. 1, 2, 3, 4, 5, 6, 7. Paragraph here, he says he's moving on from one, it's that issue, increased time to cost, and then the next paragraph, first section, the next paragraph, he says, yes, investors sometimes see the content cost rise, and they shift to other margins. If we have no intention of overspending relative to our margin structure, there's no reason why we should keep going. So, we have to keep going. He says, if content costs rose faster than we expected, then in practice, we have less content than we want, where there are less margins. The last sentence, he says, management advances largely because of those margins, not growth, but margins. And to Josh's point, if you didn't know, a false statement in REITs is discord from cost. A false statement is when you've got a discord decision in REITs and you're so wrong in this part of the sentence. It's not, it's not, because you've learned the element of uncertainty. No, and then, I'd like you to read this one sentence from Reit's first column, which I think explains it. You've learned the element of certainty. To a situation previously indicating risk, which is inherently misleading. So, what the market is concerned about was content. And you can't go to the market and say, you're right, this is content, I know, it's an area where there's uncertainty. Here's the key sentence. We know the one thing we can control is how much money we spend on content. We're not ever going to overspend on content. If you look at the past period of market, right now, the explanation for why they missed is because they spent on content. In their sentence, there was two or increased streaming content spent. And the opposition states that they will continue to use content. Now, the state has expressed an action. We do not need to keep the content restricted, but she said it is not going to ever react as itself as a margin risk. This is not the time because this is what the market was worried about. So, the next quarter, the earnings will be 25% higher than what they were originally. So, instead, one piece of this is that we can control the content. And that's how much we spend on content. And I'm just telling you what we did. I was in the office of the personal marketing manager for a couple of years. She said they were able to offset 80% of the revenue expected in just one month. That is entirely false. They were not what they were originally expected. So, the next quarter, higher than what they  originally expected. So,      will be 25% higher than what they were originally expected. So, the next quarter, the earnings will be 25%  than what they originally expected. So,     earnings will be 25% higher than what they originally expected. So, the the next quarter,  earnings will be  what they originally expected.  the next quarter,    quarter,   will be   than what they originally the earnings will be   than what they originally expected. So,   quarter, the     than what they originally expected. So, the next quarter, the earnings will be 25% higher than what they originally expected. So,  next quarter, expected. So,  next quarter, the So,  next quarter, the earnings
judges: Bybee, N.R. Smith, Hellerstein